UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (  ) (  ) KPF

Defendant(s).
____Ramon Daniel Felix-Leonardo_____X

Defendant _____Ramon Daniel Felix-Leonardo_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

___/s/ Ramon Daniel Felix-Leonardo___
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

Ramon Daniel Felix-Leonardo
Print Defendant's Name

Cesar de Castro
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___9-4-2020_____
Date

_____
JAMES L. COTT
United States Magistrate Judge