UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    v.<br><br>RAMON DANIEL FELIX-LEONARDO,<br><br>                              Defendant. | 17 Cr. 636 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a conference in this matter on **September 23, 2020, at 11:00 a.m.** The conference will proceed by video teleconference. Instructions on joining the conference will be provided by the Court at a later date in advance of the conference.

SO ORDERED.

Dated:  September 9, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge