*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2020

**VIA ECF & EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Ramon Daniel Felix-Leonardo*, S2 17 Cr. 636 (KPF)

Dear Judge Failla:

      On September 4, 2020, the defendant was presented and arraigned on Superseding Indictment S2 17 Cr. 636 in Magistrate's Court. At the conclusion of the proceeding, Magistrate Judge James L. Cott set a control date of September 18, 2020, and excluded time between September 4, 2020, and September 18, 2020, pursuant to the Speedy Trial Act. As the Court is aware, the Court has scheduled a conference in this case for September 25, 2020. Accordingly, the Government respectfully writes to request that the Court exclude the time between September 18, 2020, and September 25, 2020. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted in order to afford the parties time to discuss a potential resolution of this case as well as time for the Government to prepare and the defendant to review additional discovery. Counsel for the defendant does not object to this request.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By: _____
      Lara Pomerantz / Timothy Capozzi
      Assistant United States Attorney
      (212) 637-2343 / 2404

cc:    César de Castro, Esq.

**MEMO ENDORSED**

Application GRANTED. It is hereby ORDERED that the time from September 18, 2020 through September 25, 2020 is excluded under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court has determined that such exclusion best serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, as this time will permit the parties to discuss a potential resolution of this case and to prepare and review further discovery.

Dated: September 18, 2020
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE