UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | 17 Cr. 636 (KPF) |
| --- | --- |
| v. | |
| RAMON DANIEL FELIX-LEONARDO, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The sentencing in this matter scheduled for June 9, 2021, is ADJOURNED to **July 15, 2021, at 11:00 a.m.**, with a backup date of July 29, 2021, at 9:00 a.m. or 11:00 a.m. The sentencing will proceed by video conference. Access instructions will be provided to the parties in advance of the sentencing.

SO ORDERED.

Dated: May 27, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge