UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | 17 Cr. 636 (KPF) |
|---|---|
| v. | |
| RAMON DANIEL FELIX-LEONARDO, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The sentencing in this matter scheduled for July 15, 2021, is ADJOURNED to **August 10, 2021, at 3:00 p.m.** The sentencing will proceed in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: July 1, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge